

# NUMBER 13-26-00268-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

JUAN DELAPENA ET AL.,               Appellants/Cross Appellees,

v.

GLASHEEN, VALLES &
INDERMAN, LLP,                        Appellee/Cross Appellant.

---

## ON APPEAL FROM THE 201ST DISTRICT COURT
## OF TRAVIS COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Justice Cron**

This matter is before the Court on the parties' failure to file a brief.[1] On April 13, 2026, and May 12, 2026, the Clerk of the Court notified appellants and cross-appellants

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE §§ 22.220(a) (delineating the jurisdiction of appellate courts); 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time there is "good cause" for the transfer).

that their briefs were past due. Additionally, they were further notified that if they fail to reasonably explain their failure to file a brief within ten days from the date of said notice, the appeal and cross appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). To date, both parties have failed to file briefs and have not otherwise responded to the Clerk of the Court's notices. Accordingly, the appeal and cross appeal are hereby dismissed for want of prosecution. *See id.*

JENNY CRON
Justice

Delivered and filed on the
18th day of June, 2026.

2